VIDAL REALTORS OF WESTPORT, INC., ET AL. *v.*
HARRY BENNETT & ASSOCIATES, INC., ET AL.

The petition of the defendant Holch International, Ltd., for certification for appeal from the Appellate Court, 1 Conn App. 291, is denied.

*Howard C. Kaplan,* in support of the petition.

Decided April 3, 1984